IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FDS RESTAURANT, INC.,<br>2653 Connecticut Avenue<br>Washington, D.C. 20008, | *<br><br>* |
| and | * |
| ALL OTHERS SIMILARLY SITUATED, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No.: |
| ALL PLUMBING, INC., SERVICE,<br>PARTS, INSTALLATION,<br>921 North Jackson Street<br>Arlington, Virginia 22201 | *<br><br>*<br><br>* |
| and | * |
| KABIR SHAFIK,<br>921 North Jackson Street<br>Arlington, Virginia 22201 | *<br><br>* |
| Defendants. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT NOTICE OF REMOVAL**

Defendants, All Plumbing, Inc., Service, Parts, Installation and Kabir Shafik, by their undersigned attorneys, pursuant to 28 U.S.C. § 1331 and 28 U.S.C. §1441, file this Joint Notice of Removal of this action from the Superior Court for the District of Columbia, Washington, D.C., in which it is now pending, to the United States District Court for the District of Columbia. As shown below, a ruling in the Superior Court of the District of Columbia dated February 29, 2012, combined with a United States Supreme Court decision decided in January 2012, made this case first removable on February 29, 2012.  In further support of their Joint Notice of Removal, Defendants state as follows:

1. On or about December 2, 2011, Plaintiffs filed this putative class action in the Superior Court of the District of Columbia, in the case titled <u>FDS Restaurant, Inc., on behalf of itself and all Others Similarly Situated v. All Plumbing, Inc., Service, Parts, Installation, et al.</u>, Case No. 2011 CA 009575 B.

2. In the Complaint, the Plaintiffs allege that Defendants transmitted facsimile advertisements in violation of the Telephone Consumer Protection Act ("TCPA"), 42 U.S.C. §227(b)(1)(C), which proscribes the "use [of] any telephone facsimile machine, computer, or other device to send, to a facsimile machine, an unsolicited advertisement," unless the recipient either consents to the facsimile or has an established business relationship with the sender and the advertisement contains the requisite notice to discontinue future facsimiles.

3. The Defendants were served on December 6, 2011.

4. The Summons, Initial Order and Addendum, Complaint, and Motion for Class Certification with proposed Order accompany this Notice and are attached hereto as Exhibits A to E, respectively. These documents constitute the only process, pleadings or orders served upon Defendants on December 6, 2011. An Amended Motion for Class Certification was subsequently filed and is attached hereto as Exhibit F.

5. At the time the Plaintiffs commenced this action and served Defendants on December 6, 2011, the action was not removable pursuant to 28 U.S.C. §1441. As of December 6, 2011, the United States District Court for the District of Columbia did not recognize federal question jurisdiction over TCPA claims. *Kopff v. Battaglia*, 425 F.Supp.2d 76, 79 (D.D.C. 2006); *see also Kopff v. Worldwide Research Group*, LLC, 298 F. Supp. 2d 50 (D.D.C. 2003).

6. Defendants filed a Motion to Dismiss the Complaint for Lack of Personal Jurisdiction on December 30, 2011.

7. On January 18, 2012, the United States Supreme Court issued its opinion in *Mims v. Arrow Financial Services*, LLC, ___ U.S. ___, 132 S.Ct. 740 (2012) (slip opinion released January 18, 2012). The Supreme Court held that the Federal Courts have original jurisdiction over claims arising out of the TCPA pursuant to 28 U.S.C. §1331.

8. Plaintiff filed its Response to the Motion to Dismiss on January 23, 2012.

9. On February 29, 2012, the D.C. Superior Court denied Defendants' Motion to Dismiss the Complaint for Lack of Personal Jurisdiction, and held that the District of Columbia courts could exercise personal jurisdiction over Defendants (as opposed to Virginia where Defendants reside). A copy of the Order is attached hereto as Exhibit G. The Superior Court's recent decision finding personal jurisdiction over Defendants in this judicial district, combined with the intervening change in law granting this Court federal question jurisdiction over Plaintiff's claims, made this case removable to this Court under 28 U.S.C. §§ 1441 and 1446 on February 29, 2012.

10. Defendants may remove an action within thirty (30) days of receipt of an amended pleading, motion, order or other paper which indicates that the case has become removable. *See* 28 U.S.C. §1446(b).

11. Less than thirty days have lapsed since the Court's February 29, 2012, Order denying the Motion to Dismiss.

12. Defendants have not filed an Answer to the Complaint and the Court has not issued a Scheduling Order or set a trial date.

WHEREFORE, Defendants, All Plumbing, Inc., Service, Parts, Installation and Kabir Shafik, remove the above-referenced action now pending in the Superior Court for the District of Columbia to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/ Tamara B. Goorevitz
Tamara B. Goorevitz
DC Federal Bar No.: 465740
Kerry C. Raymond
DC Federal Bar No.: 986691
Franklin & Prokopik
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700
(410) 752-6868 (fax)
tgoorevitz@fandpnet.com
kraymond@fandpnet.com

*Attorneys for Defendants, Kabir Shafik and All Plumbing, Inc., Service, Parts, Installation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of March 2012, a copy of this Joint Notice of Removal was sent *via* ECF and first class mail, postage prepaid to:

Stephen H. Ring, Esquire
Law Offices of Stephen H. Ring, P.C.
506 Main Street, Suite 215
Gaithersburg, MD 20878

Brian J. Wanca, Esquire
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, Illinois 60008

Phillip A. Bock, Esquire
Bock & Hatch, LLC
134 North LaSalle Street, Suite 1000
Chicago, Illinois 60602
*Attorneys for Plaintiffs*

/s/ Tamara B. Goorevitz
Tamara B. Goorevitz
DC Federal Bar No.: 465740
Kerry C. Raymond
DC Federal Bar No.: 986691
Franklin & Prokopik
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
(410) 752-8700
(410) 752-6868 (fax)
tgoorevitz@fandpnet.com
kraymond@fandpnet.com
*Attorneys for Defendants, Kabir Shafik and All Plumbing, Inc., Service, Parts, Installation*